IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONRAD P. MARCOTTE and<br>SHARON L. MARCOTTE,<br><br>Plaintiffs,<br><br>VS.<br><br>BANK OF AMERICA,<br>BARCLAYS BANK PLC, *et al.*<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. H-14-2773<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Opinion entered today, the claims asserted against Bank of America and Barclays Bank PLC in the plaintiffs' second amended complaint, (Docket Entry No. 35), are dismissed. The claim for a declaratory judgment against Bank of America under the Truth in Lending Act is dismissed without prejudice. The plaintiffs' other claims against Bank of America and Barclays are dismissed with prejudice. The claims against Sunset Harbor Resort, Sunset Harbor Resorts, Sunset Harbor HOA, SHR II Luxury Condominiums, and SHR II Luxury Condos are dismissed without prejudice.

SIGNED on May 11, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge